UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER BEVERLY,**

      **Plaintiff,**

v.                                         **Case No: 6:23-cv-559-CEM-UAM**

**JAM ELECTRIC, LLC,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Notice of Voluntary Dismissal without Prejudice (Doc. 31). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to close this case. However, **any underlying settlement agreements are legally unenforceable.** See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–55 (11th Cir. 1982).

**DONE** and **ORDERED** in Orlando, Florida on March 25, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record